1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                         EASTERN DISTRICT OF CALIFORNIA

9

10      JOHN MIEHLICH,                    )       NO. 1:10-cv-00844-GSA-PC
                                          )
11                      Plaintiff,        )       ORDER DISMISSING ACTION
                                          )
12            v.                          )
                                          )
13      ELLEN GREENMAN, M.D., et al.,     )
                                          )
14                      Defendants.       )
        ─────────────────────────────────)

15

16
              Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C.
17
        § 1983.  Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. §
18
        636(c)(1).
19
              By order filed November 15, 2010, the operative complaint was dismissed for failure to
20
        state a claim.  Plaintiff was granted leave to file an amended complaint, and directed to do so
21
        within thirty days.  Plaintiff has not filed an amended complaint.
22
              In the November 15, 2010, order the Court informed Plaintiff of the deficiencies in his
23
        complaint, and dismissed the complaint on the ground that Plaintiff had failed to state a claim
24
        upon which relief could be granted.  Because Plaintiff has not filed an amended complaint, the
25
        Court dismisses the claims made in the original complaint without prejudice for failure to state a
26
        federal claim upon which the court could grant relief.  See Noll v. Carlson, 809 F. 2d 1446, 1448
27
        (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to
28

1  dismissing for failure to state a claim).

2     Accordingly, IT IS HEREBY ORDERED that this action is dismissed for failure to state

3  a claim upon which relief can be granted.  The Clerk is directed to close this case.

8     IT IS SO ORDERED.

9  **Dated:**   **December 22, 2010**          **/s/ Gary S. Austin**

10                          UNITED STATES MAGISTRATE JUDGE

2